IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00198-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON JAMES DUNN,

    Defendant.
_____

**ORDER**
_____

    This matter comes before the Court on the Unopposed Motion for Release From Halfway House Custody and Supervision [Docket No. 59], wherein the defendant asks the Court to release the defendant pending appeal pursuant to 18 U.S.C. § 3143(b). On December 12, 2017, the Tenth Circuit reversed this Court's order denying Mr. Dunn's motion to suppress evidence. Docket No. 58. The motion for release indicates that the United States will not petition for a rehearing of the Court of Appeals decision, will not seek a writ of certiorari, and will file a motion to dismiss the charges against Mr. Dunn. Docket No. 59 at 1-2.

    While the appeal was pending, Mr. Dunn completed his prison sentence and is now on supervised release, living in a halfway house. Mr. Dunn asks the Court to release the defendant from the halfway house and to lift any other conditions of his sentence pursuant to § 3143(b) given that the mandate has not yet issued from the Court of Appeals and, because the United States will dismiss the charge upon issuance

of the mandate, there is no purpose in having Mr. Dunn be subject to further restrictions on his liberty. *Id*. at 2-3. The Court agrees.

Pursuant to § 3143(b), the Court finds by clear and convincing evidence that Mr. Dunn is not likely to flee or pose a danger to the community if released and that his appeal has resulted in reversal. Wherefore, it is

**ORDERED** that the Unopposed Motion for Release From Halfway House Custody and Supervision [Docket No. 59] is granted. It is further

**ORDERED** that, pursuant to 18 U.S.C. § 3143(b), Aaron James Dunn shall be immediately released from halfway house confinement and from any further supervision by the Probation Department in this case.

DATED December 14, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge